IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,                    )
                              Plaintiff      )
                                             )
v.                                           )      CASE NO. 14-1013
                                             )
$31,750.00 IN UNITED STATES CURRENCY,        )
                              Defendant      )

## CONSENT DECREE OF FORFEITURE

On February 24, 2014, a verified Complaint of Forfeiture was filed on behalf of the Plaintiff, the United States of America, against the Defendant Property, $31,750.00 in United States Currency. The Complaint alleged that the currency was involved in, used, or intended to be used in violation of 31 U.S.C. § 5324 and was forfeitable under 31 U.S.C. § 5317, 18 U.S.C. § 981 and 18 U.S.C. § 984.

1. It appearing that process was fully issued in this action and returned according to law;

2. The United States was aware of potential claimants, Phillip Eppinette, Robin Eppinette, and Eppinette Ranch Supply, through the administrative forfeiture process and accordingly served them in the above-captioned matter on March 25, 2014, by and through their attorney, Neil Deininger of Deininger, Wingfield, and Corry, P.A. The necessity of an answer to the action is rendered moot by the entry of this consent decree. A record of that service has been filed as an Affidavit of Service.

3. All other claimants were served by publication beginning on February 26, 2014, with publication running for thirty (30) consecutive days on an official Government

1

internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C).  The Proof of
Publication was filed with this Court on March 31, 2014.

4.  No claims have been received within 35 days after written notice was sent or 60 days
after the first date of publication.  The United States of America took all reasonable
measures to ensure that Phillip Eppinette, Robin Eppinette, Eppinette Ranch Supply
and any other possible claimant received such notice in a timely fashion.  To this
date, no individual or entity other than Phillip Eppinette, Robin Eppinette, and
Eppinette Ranch Supply has notified the Plaintiff of the existence of their claim.
Therefore, all other possible claimants are in total default and the United States of
America is entitled to a judgment of forfeiture, all without the necessity of any further
notice to any other person or entity.

5.  That the potential claimants, Phillip Eppinette, Robin Eppinette, and Eppinette Ranch
Supply, now wish to settle fully all claims pending in the present litigation and forfeit
a portion of the Defendant Property to the United States of America pursuant to 18
U.S.C. § 981 (a)(1)(G).  The potential claimants, Phillip Eppinette, Robin Eppinette,
and Eppinette Ranch Supply, by placing their signature hereto, hereby affirm to this
Honorable Court that $25,400.00 of the Defendant Property is forfeitable and
surrender all potential claims to that amount of the Defendant Property.

6.  That the Plaintiff, the United States of America, now wishes to settle fully all claims
pending in the present litigation and by consenting to the entry of this order, hereby
affirms to this Honorable Court that $6,350.00 of the Defendant Property should not
be forfeited and should instead be returned to the claimant/owner Phillip Eppinette,
Robin Eppinette, and Eppinette Ranch Supply.

2

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

     A.    The United States of America is hereby given a judgment of forfeiture against the Defendant Property described below:

**$25,400.00 in UNITED STATES CURRENCY;**

and against the interest therein of Phillip Eppinette, Robin Eppinette, and Eppinette Ranch Supply, and any and all persons or entities having or claiming an interest in the Defendant Property;

     B.    Title to the Defendant Property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities, including Phillip Eppinette, Robin Eppinette, and Eppinette Ranch Supply, are hereby cancelled;

     C.    The Defendant Property is referred to the custody of the Department of Treasury for disposition in accordance with law and regulations;

     D.    As to the remaining Defendant Property described below:

**$6,350.00 in UNITED STATES CURRENCY;**

with no claim being received on this property, it is by order of this Court that the same shall be returned to the administrative claimants, Phillip Eppinette, Robin Eppinette, and Eppinette Ranch Supply; and

     E.    Each side shall be responsible for their own fees and costs incurred in the litigation of this matter.

IT IS SO ORDERED this 15th day of May, 2014.

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 1 5 2014

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

3

Approved as to Form and Content:

Benjamin Wulff, Assistant U.S. Attorney

Neil Deininger, attorney for Phillip and Robin Eppinette
And Eppinette Ranch Supply

4-23-14

Robin Eppinette, individually and as a
Qualified representative of Eppinette Ranch Supply

4-23-2014

Phillip Eppinette, individually and as a
Qualified representative of Eppinette Ranch Supply

4